SAME vs. SAME.

East'n Districts.
April, 1824.

DAVENPORT'S HEIRS
vs.
FORTIER & AL.

This suit is brought to recover the two last instalments of the same debt, on which that already decided, is founded. It differs nothing in principles from the former, except that in this it appears that one of the defendants is a resident of the parish wherein the actions commenced; which is a circumstance by no means calculated to induce a different decision.

It is therefore ordered that the same judgment be entered, &c.

—◆◇—

MORGAN vs. BICKLE & AL.

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. The plaintiff charges that he sold and delivered to the defendants 1,460,000 bricks for $15,803, that they paid him $14,325 50, and still owe him $1477 50. The general issue was pleaded—there was a verdict and judgment for the defendants, and the plaintiff appealed.

Bennett deposed he occasionally made entries of the bricks sold at the plaintiff's yard;

Parol evidence may be received where part of the written was lost or destroyed.

The jury are proper judges of the credibility of witnesses; and a party, who did not apply for a new trial below, will not be allowed one above, on the ground that the verdict is not according to the testimony.